# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

January 5, 2012

Adam G. Landis
Kerri K. Mumford
LANDIS RATH & COBB LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Lorraine S. McGowen
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142

James E. Houpt
Attorney at Law
5960 S. Land Park Drive #224
Sacramento, CA 95822

Counsel to the SWE&C
Liquidating Trustee

Karen C. Bifferato
Marc J. Phillips
CONNOLLY BOVE LODGE &
HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Eric G. Waxman III
WESTERMAN BALL EDERER MILLER &
SHARFSTEIN, LLP
1201 RXR Plaza
Uniondale, NY 11556

Attorneys for The Travelers
Indemnity Company and its
affiliates, including
Travelers Casualty and Surety
Company and Aetna Casualty and
Surety Company

Re:  **Stone & Webster Incorporated, et al.**
     **Case No. 00-02142 (PJW)**

Dear Counsel:

This is with respect to Travelers's request (Doc. # 6605) for an extension of time to respond to the Trustee's summary judgment motion.

Ordinarily, I do not schedule dispositive motions hearings in advance of completion of briefing. After the briefing

is completed by the reply brief, if any, any party may request an oral argument date. I do not decide whether I need an oral argument until I have completed my review of the briefs. In most cases, I do not schedule an oral argument.

In the matter before me I believe that a 30-day extension from today is sufficient for Travelers' response to the summary judgment motion.

Very truly yours,

Peter J. Walsh

PJW:ipm