UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

January 17, 2013

Adam G. Landis
Kerri K. Mumford
LANDIS RATH & COBB LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Lorraine S. McGovern
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142

James E. Houpt
Attorney at Law
5960 S. Land Park Dr. #224
Sacramento, CA 95822

Counsel to the SWE&C Liquidating
Trustee

Karen C. Bifferato
CONNOLLY GALLAGHER LLP
1000 West Street
Suite 1400
Wilmington, DE 19801

Harold S. Horwich
Michael C. D'Agostino
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103-3178

Attorneys for Travelers

Dear Counsel:

**Re: Stone & Webster, Incorporated, et al.
Case No. 00-02142 (PJW)**

This is with respect to Travelers' Motion in Limine to Include "Loss Runs" in Evidence as a Summary of Underlying Business Records. (Doc. # 6706.)

On page 11 of the motion, Travelers states: "The Underlying Material Summarized in the Loss Runs is Voluminous, Admissible and Has Always Been Available to the Debtors and Trustee." I assume that means that the underlying material is still available to the Trustee.

                    Very truly yours,

                    Peter J. Walsh

PJW:ipm