# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

June 3, 2013

Kerri K. Mumford
LANDIS RATH & COBB LLP
919 Market Street
Suite 1800
P.O. Box 2087
Wilmington, DE 19899

**Re:  In re Stone & Webster, Incorporated, et al.
      Case No. 00-2142(PJW)**

Dear Ms. Mumford:

    This is with respect to your January 23, 2013 letter to me. Your letter does not reflect a copy going to Mr. D'Agostino, but I assume that you are pursuing receipt of the subject documents. In any event, please advise as to the status of Travelers' motion in limine to include "Loss Runs" into evidence.

Very truly yours,

Peter J. Walsh

PJW:ipm

cc: Michael C. D'Agostino