UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

October 31, 2014

Karen C. Bifferato
CONNOLLY GALLAGHER LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

Harold S. Horwich
Michael C. D'Agostino
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, CT 06103-3178

Attorneys for Travelers

Adam G. Landis
Kerri K. Mumford
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Lorraine S. McGowen
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142

James E. Houpt
Attorney at Law
5960 S. Land Park Dr., #224
Sacramento, CA 95822

Counsel to the SWE&C Liquidating Trustee

**Re: Stone & Webster, Inc., et al.
Case No. 00-02142**

Dear Counsel:

Mr. D'Agostino's October 14, 2014 letter identifies three motions in limine. (Doc. # 6833)  Mr. D'Agostino states: "The three motions in limine relate directly to the issues and evidence to be presented at trial, and are interrelated to each other.  We submit that the Court presiding over trial should consider and decide these motions.  Doing so will give the new trial judge an opportunity to familiarize himself or herself with the issues in the case and exercise control over the conduct of trial."  I agree.  I will leave these three matters to be resolved by whatever judge takes over the trial of this matter.

                      Very truly yours,

                      Peter J. Walsh

PJW:ipm