UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

October 31, 2014

Karen C. Bifferato
CONNOLLY GALLAGHER LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

Harold S. Horwich
Michael C. D'Agostino
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, CT 06103-3178

Attorneys for Travelers

Adam G. Landis
Kerri K. Mumford
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Lorraine S. McGowen
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142

James E. Houpt
Attorney at Law
5960 S. Land Park Dr., #224
Sacramento, CA 95822

Counsel to the SWE&C Liquidating Trustee

**Re: Stone & Webster, Inc., et al.
Case No. 00-02142**

Dear Counsel:

This is with respect to Travelers' Motion to Compel Discovery Responses and the Insufficiency of Answers and Objections to Request for Admission. (Doc. # 6712) I have briefly reviewed the motion to compel discovery. With respect to many of the objections, the Trustee states:

> The Trustee objects that Travelers' definition of SWEC includes entities other than Stone & Webster Engineering Corporation and, therefore, the Request to Admit is denied.

(Doc. # 6712, p.6.)

In the Background section of the Motion, the Motion asserts:

> This Contested Matter arises from the Trustee's objection [D.I. 5534] to Travelers' claim for unpaid insurance premiums and other consideration owed by Stone & Webster Engineering Corporation ("SWEC") for insurance that Travelers provided to SWEC and its affiliates from January 1, 1979 to January 1, 1995 (the "Insurance Program").

(Doc. # 6712, p. 2.)

I do not understand the quoted objection statements. Please advise.

Very truly yours,

Peter J. Walsh

PJW:ipm